LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NANCY CHAVEZ, | No. EDCV 21-01158 KS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS AND 82/100 ($2,972.82) subject to the terms of the stipulation.

DATE: July 5, 2022    /s/ Karen L. Stevenson
                                HON. KAREN L. STEVENSON,
                                UNITED STATES MAGISTRATE JUDGE